IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH EUGENE NAGY | § | |
| | § | |
| Plaintifff, | § | |
| | § | |
| v. | § | Civ. Action No. 3:07-CV-368-K |
| | § | |
| ELIANA GEORGE, et al, | § | ECF |
| | § | |
| Defendants. | § | |

### ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.  Plaintiff's Objections filed on July 16, 2007, are **OVERRULED**.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted.  All of Plaintiff's claims under 10 U.S.C. §1054, 18 U.S.C. §§ 372, 1514, 42 U.S.C. §§ 1983, 1985, 1986, and 28 U.S.C. §1343 are **DISMISSED**.  Remaining for trial are the alleged violations of Title VII against Defendant Affiliated Computer Services, Inc.

SO ORDERED.

Signed this 23rd day of July, 2007.

_Ed Kinkeade_
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE