IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH EUGENE NAGY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:07-CV-0368-K |
| ) | ECF |
| ELIANA I. GEORGE, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Court has under consideration plaintiff's Motion to Proceed In Forma Pauperis (doc. 84). He seeks to proceed in forma pauperis on appeal. Based upon the financial information provided to it, the Court **GRANTS** the motion. Plaintiff may proceed with his appeal in forma pauperis.

SO ORDERED.

SIGNED this 28th day of September, 2007.

*/s/ Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE