IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| JOSEPH E. NAGY, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | Civil No. 3:07-CV-368-K (BH) |
| ELIANA I. GEORGE, et al., | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

Plaintiff's Notice of Removal, filed on March 11, 2008, is **STRICKEN** from the record in this case. If Plaintiff wishes to attempt to remove a cause of action from State Court, he must follow the proper procedures to remove such an action. See Local Civil Rule 81.1 and 28 U.S.C. § 1441.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, *Defendant Affiliated*

*Computer Services, Inc.'s Motion to Dismiss or, in the Alternative, for Summary Judgment*, filed September 14, 2007, is **GRANTED**. Plaintiff's Title VII claims against Defendant ACS are **DISMISSED**, with prejudice.

SIGNED this 12th day of March, 2008.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE